# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 24, 2023

### NO. 03-22-00209-CV

**Robert Volino, Appellant**

**v.**

**Texas Department of Motor Vehicles, Appellee**

**DIRECT APPEAL FROM THE TEXAS DEPARTMENT OF MOTOR VEHICLES
MOTOR VEHICLE DIVISION
DOCKET NO. 20-0015602.ENF, MVD CASE NO. 22-0004779
BEFORE JUSTICES BAKER, SMITH, AND JONES
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the decision by the Texas Department of Motor Vehicles signed on March 14, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.